UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HELEN SWARTZ, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No.: 1:20-cv-00322-JJM-PAS |
| | : | |
| SEAVIEW INN, LLC, d/b/a | : | |
| THE WYNDHAM NEWPORT HOTEL, | : | |
| | : | |
| Defendant. | : | |
| _____/ | | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, by and through undersigned counsel, and informs the Court that the matter has been amicably settled among the Parties, subject to execution of the settlement agreement and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Accordingly, it is respectfully requested that the telephonic status conference set for 9:15 a.m. on October 1, 2020, be adjourned.

Dated:  September 28, 2020                                    Respectfully submitted,

                     */s/  Lawrence A. Fuller*
                     Lawrence A. Fuller, Esq.,  *pro hac vice*
                     Fuller, Fuller & Associates, P.A.
                     12000 Biscayne Blvd., Suite 502
                     North Miami, FL 33181
                     Telephone: (305) 891-5199
                     Facsimile: (305) 893-9505
                     Email: lfuller@fullerfuller.com
                     and

                  Kensley R. Barrett, Esq.
                  Law Office of Kensley R. Barrett, Esq., Inc.
                  127 Dorrance Street
                  Penthouse
                  Providence, RI 02903
                  401-380-6724
                  ken@krbarrettlaw.com

                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of September, 2020, the foregoing was filed via the Court's CM/ECF system, which will automatically notice Counsel for the Defendant:

David P. Martland, Esq., RI Bar #5796
Silva, Thomas, Martland & Offenberg, Ltd.
1100 Aquidneck Avenue
Middletown, RI 02842
dmartland@silvalawgroup.co

                  */s/ Lawrence A. Fuller*
                  Lawrence A. Fuller, Esq., *pro hac vice*
                  Fuller, Fuller & Associates, P.A.
                  12000 Biscayne Blvd., Suite 502
                  North Miami, FL 33181
                  Telephone: (305) 891-5199
                  Facsimile: (305) 893-9505
                  Email: lfuller@fullerfuller.com
                  and
                  Kensley R. Barrett, Esq.
                  Law Office of Kensley R. Barrett, Esq., Inc.
                  127 Dorrance Street
                  Penthouse
                  Providence, RI 02903
                  401-380-6724
                  ken@krbarrettlaw.com

                  *Counsel for Plaintiff*