## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**HELEN SWARTZ, Individually,**   :
:
        **Plaintiff,**   :
:
**vs.**   :   Case No.: 1:20-cv-00322-JJM-PAS
:
**SEAVIEW INN, LLC d/b/a**   :
**THE WYNDHAM NEWPORT HOTEL,**   :
:
        **Defendant.**   :
_____/

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ *Lawrence A. Fuller*_____ | /s/ *David P. Mortland*_____ |
| Lawrence A. Fuller, Esq. | David P. Mortland, Esq.(RI Bar #5796) |
| FULLER, FULLER & ASSOCIATES, P.A. | Silva, Thomas, Martland & Offenberg |
| 12000 Biscayne Blvd., Suite 502 | 1100 Aquidneck Avenue |
| North Miami, FL 33181 | Middletown, RI 02842 |
| (305) 891-5199 | (401) 849-6200 |
| (305) 893-9505 - Facsimile | (401) 849-1820 - Facsimile |
| lf@fullerfuller.com | dmartland@silvalawgroup.com |
| | |
| Kensley R. Barrett, Esq. | *Attorney for Defendant* |
| Law Office of Kensley R. Barrett, Esq. | |
| 127 Dorrance Street | |
| Penthouse | |
| Providence, RI 02903 | |
| (401) 380-6724 | |
| | |
| *Attorneys for Plaintiff* | |
| | |
| Dated:  October 22nd, 2020 | Dated:  October 22nd, 2020 |