## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No.: 1:20-cv-00322-JJM-PAS |
| SEAVIEW INN, LLC d/b/a THE WYNDHAM NEWPORT HOTEL, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at _____, _____, this 22nd day of  October , 2020.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record